**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv421**

| | |
|---|---|
| ANTHONY JOHNSON,             )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>       vs.                            )<br>                                            )<br>OLD DOMINION FREIGHT LINE, INC., )<br>                                            )<br>            Defendant.          )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Enforce Settlement Agreement and to Extend Dispositive Motion Deadline. [Doc. 32].

The Court finds, for the reasons stated in the motion, that the dispositive deadline motion should be extended until a ruling on the merits of the motion to enforce is rendered.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Dispositive Motion Deadline is hereby **GRANTED** and the deadline for filing dispositive motions is hereby **EXTENDED** until fifteen (15) days

following the entry of the ruling on the Defendant's Motion to Enforce Settlement Agreement.

Martin Reidinger
United States District Judge

Signed: June 29, 2009